IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| LAVONTE DEWAYNE WILLIAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:20-CV-183-Z |
| § | |
| BRYAN COLLIER, and KEN PAXTON, § | |
| § | |
| Defendants. § | |

## ORDER

On February 2, 2021, the United States Magistrate Judge entered findings and conclusions (ECF No. 31) on Defendants' Collier and Paxton's Joint Motion to Dismiss (ECF No. 19). The Magistrate Judge RECOMMENDS that this motion be GRANTED. The time for filing objections has passed, and Plaintiff did not file objections to the findings, conclusions, and recommendation.

After making an independent review of the pleadings, files, and records in this case and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED. Plaintiff's claims are DISMISSED.

**SO ORDERED.**

February 24, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE